# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INC., | ) CASE NO.: 1:09 CV 00591 |
| | ) |
| Plaintiff, | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) |
| | ) **AGREED MOTION FOR EXTENSION** |
| UNITED STATES POWER FUND, L.P., | ) **OF TIME TO RESPOND TO THE** |
| | ) **COMPLAINT** |
| Defendant. | ) |

Defendant United States Power Fund, L.P. ("Defendant") respectfully requests that the Court grant Defendant an additional thirty (30) days in which to file its Answer to the Complaint in this matter, which would otherwise be due on April 12, 2010, making the new deadline May 12, 2010.  The Court recently granted Defendant's Motion to Dismiss in part, requiring Defendant to answer Counts II, III, and V.  Prior to filing this Motion, Defendant conferred with Plaintiff Energy West, Inc., which indicated that it does not oppose this request.

Respectfully submitted,

*/s John Winship Read*
VORYS, SATER, SEYMOUR AND PEASE LLP
John Winship Read (0030827)
Heather M. Lutz (0082237)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone:  (216)479-6100
Facsimile:  (216)479-6060
E-mail:  jwread@vorys.com
  hmlutz@vorys.com

Thomas J. McCormack*
Jay R. Henneberry*
Tamara L. Stevenson*
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369
E-mail:  jhenneberry@chadbourne.com
         tmccormack@chadbourne.com
         tstevenson@chadbourne.com
*Admitted *pro hac vice*

*Attorneys for Defendant*
*United States Power Fund, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on the date of filing.  Notice of this filing will be served to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ John Winship Read*
John Winship Read (0030827)

4/08/2010 8229901