# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INC., | ) CASE NO.: 1:09 CV 00591 |
| Plaintiff, | ) |
| | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) |
| | ) **SECOND AGREED MOTION FOR** |
| UNITED STATES POWER FUND, L.P., | ) **EXTENSION OF TIME TO RESPOND** |
| | ) **TO THE COMPLAINT** |
| Defendant. | ) |

With Plaintiff's consent, Defendant United States Power Fund, L.P. respectfully requests that the Court grant it an additional thirty (30) days in which to respond to the Complaint in this matter, which response would otherwise be due on May 12, 2010, making the new deadline June 11, 2010. The reason for the request is that Defendant and Plaintiff are in settlement negotiations.

Respectfully submitted,

*/s John Winship Read*
VORYS, SATER, SEYMOUR AND PEASE LLP
John Winship Read (0030827)
Heather M. Lutz (0082237)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone: (216)479-6100
Facsimile: (216)479-6060
E-mail: jwread@vorys.com
hmlutz@vorys.com

        Thomas J. McCormack*
        Jay R. Henneberry*
        Tamara L. Stevenson*
        30 Rockefeller Plaza
        New York, New York  10112
        Telephone:  (212) 408-5100
        Facsimile:    (212) 541-5369
        E-mail:   jhenneberry@chadbourne.com
                 tmccormack@chadbourne.com
                 tstevenson@chadbourne.com
        *Admitted *pro hac vice*

        *Attorneys for Defendant*
        *United States Power Fund, L.P.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on the date of filing.  Notice of this filing will be served to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        */s/ John Winship Read*
        John Winship Read (0030827)