# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INC., | ) CASE NO.: 1:09 CV 00591 |
| Plaintiff, | ) |
| v. | ) JUDGE CHRISTOPHER A. BOYKO |
| UNITED STATES POWER FUND, L.P., | ) **THIRD AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| Defendant. | ) |

With Plaintiff's consent, Defendant United States Power Fund, L.P. respectfully requests that the Court grant it an additional thirty (30) days in which to respond to the Complaint in this matter, which response would otherwise be due on June 11, 2010, making the new deadline July 12, 2010.  The reason for the request is that Defendant and Plaintiff are in settlement negotiations.

Respectfully submitted,

*/s John Winship Read*
VORYS, SATER, SEYMOUR AND PEASE LLP
John Winship Read (0030827)
Heather M. Lutz (0082237)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone:   (216)479-6100
Facsimile:    (216)479-6060
E-mail:         jwread@vorys.com
                    hmlutz@vorys.com

Thomas J. McCormack*
Jay R. Henneberry*
Tamara L. Stevenson*
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile:    (212) 541-5369
E-mail:   jhenneberry@chadbourne.com
          tmccormack@chadbourne.com
          tstevenson@chadbourne.com
*Admitted *pro hac vice*

*Attorneys for Defendant*
*United States Power Fund, L.P.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on June 9, 2010.  Notice of this filing will be served to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                           */s/ John Winship Read*
                                           John Winship Read (0030827)