**United States District Court**
**Northern District of Ohio**
**Office of the Clerk**
**801 West Superior Avenue**
**Cleveland, Ohio 44113-1830**

Geri M. Smith
Clerk of Court

(216) 357-7000

## *NEUTRAL TO RESPOND NO LATER THAN*

## *PLEASE FAX OR E-MAIL THIS RESPONSE FORM TO THE ADR OFFICE AT 216-357-7040 or PEGGY_NICHOLS@OHND.USCOURTS.GOV*

Peggy Nichols, ADR Administrator
U.S. District Court
801 West Superior Avenue
Cleveland, OH 44113-1830

Re:
United States District Court Case No.

Upon completion of the required conflict check the undersigned:

_____ Accepts Assignment

_____ Declines Assignment

serving as the _____ in the above referenced case. Federal Court Panelists are required to file electronically. Accepting assignment of the within case means you agree to file and receive notices electronically. Electronic filing is mandatory in the Northern District of Ohio.

The court expects all members of the Federal Court Panel to comply with electronic court filing requirements. I agree to electronically file all required notices scheduling the within matter for _____.

Dated: _____

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH 44308-1876
330-252-6000

114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43624-1347
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
330-884-7400

Modified 10/28/08