# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ENERGY WEST, INC., | ) | Case No. 1:09CV0591 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | O R D E R |
| | ) | |
| UNITED STATES POWER FUND, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 16.4 Alternative Dispute Resolution (ADR) of the Local Rules of the United States District Court for the Northern District of Ohio, the above-captioned case is referred to mediation pursuant to Local Rule 16.6, et seq.

Mediation shall be completed by September 15, 2010. Discovery is STAYED until Mediation is concluded.

This order is to be forwarded forthwith by electronic transmission to the attention of Peggy Nichols, ADR Administrator, Cleveland, Ohio, for implementation.

IT IS SO ORDERED.

                                       S/Christopher A. Boyko
                                       HONORABLE CHRISTOPHER A. BOYKO
                                       UNITED STATES DISTRICT JUDGE

July 15, 2010