United States District Court
Northern District of Ohio
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri M. Smith
Clerk of Court

(216) 357-7000
Writer's Direct Dial 216-357-7007

July 23, 2010

***VIA E-MAIL TRANSMISSION***

Richard Baumgart
Dettelbach, Sicherman & Baumgart
1801 East Ninth Street
1100 Ohio Savings Plaza
Cleveland, OH 44114

    Re:    **Energy West, Inc. v. United States Power Fund, L.P.**
             United States District Court Case No. 1:09 CV 0591

Dear Mr. Baumgart:

    In accordance with Local Rule 16.6(c), you have been selected as the potential Mediator in the above referenced case. It is requested that you perform a conflict check to determine whether you can serve as the Mediator. Please advise me of your availability as soon as possible. I am providing you with a copy of the docket sheet which discloses the names of the parties and attorneys of record, which will enable you to check for potential conflicts of interest. Also, enclosed is a copy of the Order of Referral to Mediation for your information.

    Please respond to this request by **Thursday, July 29, 2010**. Pursuant to the Order of July 15, 2010, the mediation process must be completed by September 15, 2010, with a report to be manually filed within 10 days of conclusion of the initial or subsequent mediation conference(s), or in any event not later than September 29, 2010. If you agree to accept assignment as the Mediator, please update your e-mail notification list in CM/ECF in order to ensure that you will receive all further ADR notifications, documents and correspondence through electronic notification. Finally, if for some reason you must decline, it is imperative that your response is received by the ADR office by the date requested.

    I thank you for your prompt attention to this request.

                      Very truly yours,

                      /s/ **Peggy Nichols**
                      ADR Administrator

Enc.
ltr-neu.frm

| U.S. Court House | | 337 Thomas D. Lambros |
| --- | --- | --- |
| 568 Federal Building | 114 U.S. Courthouse | Federal Building and U.S. Court House |
| 2 South Main Street | 1716 Spielbusch Avenue | 125 Market Street |
| Akron, OH 44308-1876 | Toledo, Ohio 43624-1347 | Youngstown, OH 44503-1787 |
| 330-252-6000 | (419) 213-5500 | 330-884-7400 |

## *CERTIFICATE OF SERVICE*

A copy of the within letter requesting a conflict check was filed electronically this 23rd day of July, 2010. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Peggy Nichols
ADR Administrator
216-357-7007
Fax 216-357-7040
**Peggy_Nichols@ohnd.uscourts.gov**