**United States District Court**
**Northern District of Ohio**
**Office of the Clerk**
**801 West Superior Avenue**
**Cleveland, Ohio 44113-1830**

Geri M. Smith
Clerk of Court

(216) 357-7000

## *NEUTRAL TO RESPOND NO LATER THAN*

## *PLEASE FAX OR E-MAIL THIS RESPONSE FORM TO THE ADR OFFICE AT 216-357-7040 or PEGGY_NICHOLS@OHND.USCOURTS.GOV*

Peggy Nichols, ADR Administrator
U.S. District Court
801 West Superior Avenue
Cleveland, OH 44113-1830

Re:

United States District Court Case No.

Upon completion of the required conflict check the undersigned:

_____   Accepts Assignment

_____   Declines Assignment

serving as the _____ in the above referenced case.  Federal Court Panelists are required to file electronically. Accepting assignment of the within case means you agree to file and receive notices electronically. Electronic filing is mandatory in the Northern District of Ohio.

The court expects all members of the Federal Court Panel to comply with electronic court filing requirements. I agree to electronically file all required notices scheduling the within matter for _____.

Dated: _____

| U.S. Court House | 114 U.S. Courthouse | 337 Thomas D. Lambros |
| 568 Federal Building | 1716 Spielbusch Avenue | Federal Building and U.S. Court House |
| 2 South Main Street | Toledo, Ohio 43624-1347 | 125 Market Street |
| Akron, OH 44308-1876 | (419) 213-5500 | Youngstown, OH 44503-1787 |
| 330-252-6000 | | 330-884-7400 |

Modified 10/28/08