# U.S. District Court
## Northern District of Ohio (Cleveland)
### CIVIL DOCKET FOR CASE #: 1:09−cv−00591−CAB
*Internal Use Only*

| | |
|---|---|
| Energy West, Incorporated v. United States Power Fund, L.P.<br>Assigned to: Judge Christopher A. Boyko<br>Demand: $75,000<br>Cause: 28:1332 Diversity−Breach of Contract | Date Filed: 03/18/2009<br>Jury Demand: Plaintiff<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

**Plaintiff**

**Energy West, Incorporated**     represented by     **Keith R. Kraus**
Dworken &Bernstein − Painesville
60 South Park Place
Painesville, OH 44077
440−946−7656
Fax: 440−352−3469
Email: kkraus@dworkenlaw.com
*TERMINATED: 03/19/2009*
*ATTORNEY TO BE NOTICED*

**Richard N. Selby , II**
Dworken &Bernstein − Painesville
60 South Park Place
Painesville, OH 44077
440−352−3391
Fax: 440−352−3469
Email: rselby@dworkenlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Power Fund, L.P.**     represented by     **Heather M. Lutz**
Vorys, Sater, Seymour &Pease −
Cleveland
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114
216−479−6100
Fax: 216−479−6060
Email: hmlutz@vorys.com
*ATTORNEY TO BE NOTICED*

**Jay R. Henneberry**
Chadbourne &Parke
Ste. 3200
350 S. Grand Avenue
Los Angeles, CA 90071
213−892−1000
Fax: 213−892−2045
*ATTORNEY TO BE NOTICED*

**John W. Read**
Vorys, Sater, Seymour &Pease −
Cleveland
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114
216−479−6103
Fax: 216−479−6060

Email: jwread@vssp.com
*ATTORNEY TO BE NOTICED*

**Tamara L. Stevenson**
Chadbourne &Parke
30 Rockefeller Plaza
New York, NY 10112
212−408−5100
Fax: 212−541−5369
*ATTORNEY TO BE NOTICED*

**Thomas J. McCormack**
Chadbourne &Parke
30 Rockefeller Plaza
New York, NY 10112
212−408−5100
Fax: 212−541−5369
*ATTORNEY TO BE NOTICED*

**There are proceedings for case 1:09−cv−00591−CAB but none satisfy the selection criteria.**