# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INC., ) | CASE NO.: 1:09 CV 00591 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| v. ) | |
| ) | **ORDER** |
| UNITED STATES POWER FUND, L.P., ) | |
| ) | |
| Defendants, ) | |

Pursuant to Defendant United States Power Fund, L.P.'s Unopposed Motion to Extend Mediation Deadline and Stay of Discovery, and for good cause shown, the Court GRANTS Defendant's Motion. The mediation in this case must be completed by October 15, 2010. Discovery is stayed until the conclusion of the mediation.

IT IS SO ORDERED.


August 10, 2010                                      s/Christopher A. Boyko
Date                                                 Judge Christopher A. Boyko

4

8/10/2010 8887988