# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Energy West, Inc.<br><br>        Plaintiff,<br>vs.<br><br>United States Power Fund, LP<br><br>        Defendant. | CASE NO. 1:09-cv-00591<br><br>JUDGE Christopher Boyko<br><br><br>**JOINT STATUS REPORT** |

On Wednesday, March 16, 2011, representatives of Plaintiff Energy West (hereinafter "Energy West") traveled to Portland, Maine and met with representatives of Defendant United States Power Fund (hereinafter "USPF.") and Loring BioEnergy, LLC (hereinafter "LBE"). During that meeting the parties discussed a proposal whereby Energy West or one of its affiliates would sublease the existing pipeline from LBE in exchange for a monetary payment. As part of the proposal that is on the table, the current litigation between Energy West and USPF would be dismissed.

At this point in time, the parties are still in the process of negotiating the terms of the proposed transactions. The parties agree that after the meeting of March 16, 2011, they are closer to reaching an agreement than they were before the meeting, although there can be no assurance at this time that an agreement will be reached. If the parties can come to an agreement on all of the terms of the transaction, they anticipate that there will be some type of due diligence period to allow Energy West to check for title defects on the easement corridor that it would be acquiring.

The parties suggest that this Court schedule another status conference in sixty (60) days, at which point the parties will have likely entered into a binding agreement or discontinued negotiations.

Respectfully submitted,

/s/ Richard N. Selby, II
Richard N. Selby, II  (#0059996)
Dworken & Bernstein Co., LPA
60 South Park Place
Painesville, OH  44077
(440) 352-3391
rselby@dworkenlaw.com

*Attorney for Plaintiff Energy West, Inc.*

/s/ John W. Read
John W. Read
Vorys, Sater, Seymour & Pease - Cleveland
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114
216-479-6100
jwread@vssp.com

*Attorney for Defendant United States Power Fund*

### CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, a copy of the foregoing Joint Status Report was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Richard N. Selby, II
Richard N. Selby, II (#0059996)
Dworken & Bernstein Co., LPA

*Attorney for Plaintiff Energy West, Inc.*