UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INC., | ) CASE NO.: 1:09 CV 00591 |
| Plaintiff, | ) |
| v. | ) JUDGE CHRISTOPHER A. BOYKO |
| UNITED STATES POWER FUND, L.P., | ) **NOTICE OF WITHDRAWAL OF MR.** |
| Defendants, | ) **HENNEBERRY AND MS. STEVENSON** |

Please take notice that Mr. Jay R. Henneberry and Ms. Tamara L. Stevenson should be removed from the service list in this matter as they no longer represent Defendant United States Power Fund, L.P.

Thomas J. McCormack, Esq., of the law firm Chadbourne & Parke LLP, whose motion for appearance *pro hac vice* in this matter was granted by the Court on May 19, 2009 and John Winship Read, Esq. and Heather M. Lutz, Esq., of the law firm Vorys, Sater, Seymour and Pease LLP, will continue to represent Defendant United States Power Fund, L.P. Please continue to serve all notices, orders, pleadings, papers or other documents to the undersigned at the addresses shown below.

Respectfully submitted,

*/s John Winship Read*

VORYS, SATER, SEYMOUR AND PEASE LLP
John Winship Read (0030827)
Heather M. Lutz (0082237)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone:  (216)479-6100
Facsimile:  (216)479-6060
E-mail:  jwread@vorys.com
  hmlutz@vorys.com

Thomas J. McCormack (appearing *pro hac vice*)
30 Rockefeller Plaza
New York, New York  10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369
E-mail:  tmccormack@chadbourne.com

*Attorneys for Defendant*
*United States Power Fund, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on the date of filing. Notice of this filing will be served to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John Winship Read
One of the Attorneys for Defendant
United States Power Fund, L.P.

3