UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INCORPORATED,<br><br>                       Plaintiff,<br><br>               v.<br><br>UNITED STATES POWER FUND, L.P.,<br><br>                       Defendant. | Civ. No. 1:09-cv-00591<br>Judge Christopher A. Boyko |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant United States Power Fund, L.P. ("USPF") respectfully moves this Court for an order dismissing plaintiff Energy West, Incorporated's complaint with prejudice.  This motion is based upon USPF's memorandum of law in support of its motion to dismiss the complaint, the declaration of John Winship Read, dated November 9, 2011, including the exhibits attached thereto, and all of the papers filed and proceedings had in this action.

Dated:  November 9, 2011

                                                           VORYS, SATER, SEYMOUR & PEASE LLP

                                                           By     *s/ John Winship Read*
                                                                  John Winship Read (0030827)
                                                                 Heather M. Lutz (0082237)
                                           2100 One Cleveland Center
                                           1375 East Ninth Street
                                           Cleveland, OH  44114
                                           Tel.:  (216) 479-6100
                                           Fax:  (216) 479-6060
                                           E-mail:  jwread@vorys.com
                                                         hmlutz@vorys.com

Of Counsel:

Thomas J. McCormack
*Admitted Pro Hac Vice*
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.:  (212) 408-5100
Fax:  (212) 541-5369
E-mail:  tmccormack@chadbourne.com

*Attorneys for Defendant*
*United States Power Fund, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on November 9, 2011.  Notice of this filing will be served to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ John Winship Read*
John Winship Read (0030827)

2