IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INC. ) | CASE NO. 1:09-cv-00591 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | |
| ) | MOTION OF JERROL A. CROUTER |
| ) | FOR PRO HAC VICE ADMISSION |
| UNITED STATES POWER FUND, LP, et ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

Pursuant to Loc. Civ. R. 83.5(h), Jerrol A. Crouter moves the Court for permission to participate in this action *pro hac vice* on behalf of defendant Loring BioEnergy, LLC ("Loring"). Mr. Crouter and his firm are long-time outside counsel for Loring.

Mr. Crouter is a member of the law firm of Drummond Woodsum & MacMahon in Portland, Maine. His contact information is as follows:

> Jerrol A. Crouter
> Drummond Woodsum
> 84 Marginal Way, Suite 600
> Portland, ME  04101-2480
> Phone:   (207) 772-1941
> Fax:     (207) 772-3627
> Email:   jcrouter@dwmlaw.com

Mr. Crouter is admitted to practice before, and is in good standing with, the Bar of the State of Maine. Mr. Crouter is also

00256028v1

admitted to practice in a number of federal courts, including the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the District of Maine, and the United States District Court for the District of Columbia. <u>See</u> Affidavit of Jerrol A. Crouter (attached as Exhibit A).

Mr. Crouter will continue to represent Loring until a final determination of this action has been reached, and will submit himself to the disciplinary jurisdiction of this Court.

Mr. Crouter is appearing in this matter in association with members of good standing of the Bar of this Court, Matthew T. Fitzsimmons and R. Christopher Yingling, members of the law firm of Nicola, Gudbranson & Cooper, LLC, Landmark Office Towers, Republic Building, Suite 1400, 25 W. Prospect Avenue, Cleveland, Ohio 44115-1048.

This Motion is made with full reservation of, and without waiver of, Loring's rights to interpose any applicable defenses, including, but not limited to, lack of <u>in personam</u> jurisdiction, improper venue, forum <u>non-conveniens</u>, and failure and/or inadequacy of service of process.

Respectfully submitted,

NICOLA, GUDBRANSON & COOPER, LLC

/s/ Matthew T. Fitzsimmons
Matthew T. Fitzsimmons (0013404)
R. Christopher Yingling (0066551)
Landmark Office Towers
Republic Building, Suite 1400
25 W. Prospect Avenue
Cleveland, Ohio 44115-1048
Phone: (216) 621-7227
Fax: (216) 621-3999
E-mail: fitzsimmons@nicola.com
yingling@nicola.com

Attorneys for Defendant
Loring BioEnergy, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, a copy of foregoing Motion of Jerrol A. Crouter for Pro Hac Vice Admission was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew T. Fitzsimmons
Matthew T. Fitzsimmons