UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ENERGY WEST, INC., | ) | CASE NO. 1:09-cv-00591 |
| | ) | Judge Christopher Boyko |
| Plaintiff | ) | |
| | ) | AFFIDAVIT OF JERROL A. CROUTER |
| v. | ) | IN SUPPORT OF MOTION FOR |
| | ) | ADMISSION PRO HAC VICE |
| UNITED STATES POWER FUND, LP, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |

Jerrol A. Crouter, being sworn, deposes and says:

1.  I am a member of the law firm of Drummond Woodsum & MacMahon in Portland, Maine. I have practiced law at the firm for more than 25 years, and am a member of the firm's Trial Services Group.

2.  I am and have been a member in good standing of the bar of the State of Maine since September, 1984.

3.  I am admitted to practice before the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the District of Maine, and the United States District Court for the District of Columbia.

4.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.


EXHIBIT A

5.      I provide the following information as required by Local Rule 83.5 of this Court:

       Jerrol A. Crouter
       Drummond Woodsum
       84 Marginal Way, Suite 600
       Portland, ME  04101-2480
       Telephone (207) 772-1941
       Facsimile (207) 772-3627
       jcrouter@dwmlaw.com

       Highest State Court Admitted:  Maine Supreme Judicial Court
       Admission Date:  September, 1984
       Bar No. 2930

Dated:  November 4, 2011

                                           Jerrol A. Crouter

STATE OF MAINE                        November 4, 2011
Cumberland, ss.

Personally-appeared Jerrol A. Crouter and made oath that the statements made by him in this affidavit are based upon his personal knowledge and are true.

                                   Notary Public

                                       LISA D. LABONTE
                                     Notary Public, Maine
                             My Commission Expires November 20, 2012