IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INC. ) | CASE NO. 1:09-cv-00591 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | |
| ) | MOTION OF KIMBERLY A. PACELLI |
| ) | FOR PRO HAC VICE ADMISSION |
| UNITED STATES POWER FUND, LP, et ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

Pursuant to Loc. Civ. R. 83.5(h), Kimberly A. Pacelli moves the Court for permission to participate in this action *pro hac vice* on behalf of defendant Loring BioEnergy, LLC ("Loring").

Ms. Pacelli is an attorney with the law firm of Drummond Woodsum & MacMahon in Portland, Maine -- Loring's long-time outside counsel. Her contact information is as follows:

> Kimberly A. Pacelli
> Drummond Woodsum
> 84 Marginal Way, Suite 600
> Portland, ME 04101-2480
> Phone: (207) 772-1941
> Fax: (207) 772-3627
> Email: kpacelli@dwmlaw.com

Ms. Pacelli is admitted to practice before, and is in good standing with, the Bar of the State of Maine. See Affidavit of Kimberly A. Pacelli (attached as Exhibit A).

00256042v1

Ms. Pacelli will continue to represent Loring until a final determination of this action has been reached, and will submit herself to the disciplinary jurisdiction of this Court.

Ms. Pacelli is appearing in this matter in association with members of good standing of the Bar of this Court, Matthew T. Fitzsimmons and R. Christopher Yingling, members of the law firm of Nicola, Gudbranson & Cooper, LLC, Landmark Office Towers, Republic Building, Suite 1400, 25 W. Prospect Avenue, Cleveland, Ohio 44115-1048.

This Motion is made with full reservation of, and without waiver of, Loring's rights to interpose any applicable defenses, including, but not limited to, lack of in personam jurisdiction, improper venue, forum non-conveniens, and failure and/or inadequacy of service of process.

            Respectfully submitted,

            NICOLA, GUDBRANSON & COOPER, LLC

            /s/ Matthew T. Fitzsimmons
            Matthew T. Fitzsimmons (0013404)
            R. Christopher Yingling (0066551)
            Landmark Office Towers
            Republic Building, Suite 1400
            25 W. Prospect Avenue
            Cleveland, Ohio 44115-1048
            Phone: (216) 621-7227
            Fax: (216) 621-3999
            E-mail:   fitzsimmons@nicola.com
                         yingling@nicola.com

            Attorneys for Defendant
            Loring BioEnergy, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, a copy of foregoing Motion of Kimberly A. Pacelli for Pro Hac Vice Admission was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew T. Fitzsimmons
Matthew T. Fitzsimmons