UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ENERGY WEST, INC., | ) | CASE NO. 1:09-cv-00591 |
| | ) | Judge Christopher Boyko |
| Plaintiff | ) | |
| | ) | AFFIDAVIT OF KIMBERLY A. PACELLI |
| v. | ) | IN SUPPORT OF MOTION FOR |
| | ) | ADMISSION PRO HAC VICE |
| UNITED STATES POWER FUND, LP, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |

Kimberly A. Pacelli, being sworn, deposes and says:

1. I am a member of the law firm of Drummond Woodsum & MacMahon in Portland, Maine. I joined the firm in September 2011.

2. I am and have been a member in good standing of the bar of the State of Maine since October 28, 2011.

3. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. I have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4. I provide the following information as required by Local Rule 83.5 of this Court:

Kimberly A. Pacelli
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Telephone (207) 772-1941
Facsimile (207) 772-3627
kpacelli@dwmlaw.com

Highest State Court Admitted: Maine Supreme Judicial Court
Admission Date: October 28, 2011
Bar No. 4838



Dated: November 3, 2011                                          *Kimberly A. Pacelli (signature)*
                                                                 Kimberly A. Pacelli

STATE OF MAINE                                                   November 3, 2011
Cumberland, ss.

Personally-appeared Kimberly A. Pacelli and made oath that the statements made by her in this affidavit are based upon her personal knowledge and are true.

                                                *Lisa D. Labonte (signature)*
                                                Notary Public

                                                LISA D. LABONTE
                                                Notary Public, Maine
                                                My Commission Expires November 20, 2012