**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ENERGY WEST, INC., | ) | CASE NO.: 1:09 CV 00591 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| | ) | **MOTION TO APPEAR *PRO HAC VICE*** |
| UNITED STATES POWER FUND, L.P., | ) | **ROBERT KIRBY** |
| | ) | |
| Defendants, | ) | |
| | ) | |

Defendant United States Power Fund, L.P. respectfully moves this Court to grant Robert Kirby the privilege to appear before this Court in the above-captioned matter by granting Mr. Kirby admission *pro hac vice*.  Mr. Kirby is an attorney in good standing, authorized to practice before the courts in the State of New York as well as the United States District Courts for the Southern District of New York and the Eastern District of New York.  Mr. Kirby's qualifications are set forth fully in the attached affidavit.  The undersigned local counsel will continue to be involved in the litigation.

Respectfully submitted,

*/s Heather M. Lutz*

VORYS, SATER, SEYMOUR AND PEASE LLP
John Winship Read (0030827)
Heather M. Lutz (0082237)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone:   (216)479-6100
Facsimile:   (216)479-6060
E-mail:       jwread@vorys.com
              hmlutz@vorys.com
*Attorneys for Defendant*
*United States Power Fund, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on the date of filing.  Notice of this filing will be served to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_/s Heather M. Lutz_
One of the Attorneys for Defendant
United States Power Fund, L.P.