UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INC., | ) CASE NO.: 1:09 CV 00591 |
| Plaintiff, | ) |
| v. | ) JUDGE CHRISTOPHER A. BOYKO |
| UNITED STATES POWER FUND, L.P., | ) |
| Defendants, | ) |

**ROBERT KIRBY'S VERIFIED AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Robert Kirby, in support of Defendant United States Power Fund, L.P.'s Motion for Admission *Pro Hac Vice*, states as follows:

1. I, along with Thomas J. McCormack of Chadbourne & Parke LLP and John Winship Read and Heather M. Lutz of Vorys, Sater, Seymour & Pease LLP, represent Defendant United States Power Fund, L.P. in the above-captioned matter.

2. I was admitted to practice in the State of New York in 2008, and my bar registration number is 4659926.

3. I am in good standing with the bar for the State of New York.

4. I am an associate with the law firm of Chadbourne & Parke LLP, whose address is 30 Rockefeller Plaza, New York, New York 10112, and whose telephone number is (212) 408-5100.

5. I am not currently and have never been suspended or disbarred in any jurisdiction and there are no pending disciplinary matters against me. I have never

given up my license to practice law to avoid suspension, disbarment, or disciplinary action, or for any other reason.

6. Allowing this Motion will further facilitate the defense of United States Power Fund, L.P. and will work no prejudice upon any party herein, this Court, or the administration of justice.

**WHEREFORE,** Robert Kirby of the law firm Chadbourne & Parke LLP, prays that this Court grant his Verified Motion for Admission *Pro Hac Vice* allowing him to represent Defendant United States Power Fund, L.P.

By: _____
Robert Kirby
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
E-mail: rkirby@chadbourne.com

STATE OF NEW YORK      )
                       )  SS:
COUNTY OF NEW YORK     )

SWORN TO BEFORE ME AND SUBSCRIBED in my presence this 28th day of November, 2011.

_____
NOTARY PUBLIC

CAROLINE PIGNATELLI
NOTARY PUBLIC, State of New York
No. 02PI6191127
Qualified in New York County
Commission Expires Aug. 4, 2012

2