# EXHIBIT F

# Schroeder, Andrew

| | |
|---|---|
| **From:** | Russ Ciphers [rciphers@aol.com] |
| **Sent:** | Thursday, September 01, 2011 9:00 AM |
| **To:** | Schroeder, Andrew |
| **Cc:** | tsmith13@sprynet.com |
| **Subject:** | Loring |

Dear Andrew, The BOD approved to proceed to with the transaction of the Loring Pipeline, the legal end of this will proceed thru the channels that have been involved from the start, if there is anything that I can help with please ask. Have a safe holiday weekend. Regards Russ

Russ Ciphers
rciphers@aol.com