UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INCORPORATED,<br><br>                        Plaintiff,<br><br>            v.<br><br>UNITED STATES POWER FUND, L.P.,<br><br>                       Defendant. | Civ. No. 1:09-cv-00591<br>Judge Christopher A. Boyko<br><br><br>**STIPULATION<br>OF DISMISSAL<br><u>WITH PREJUDICE</u>** |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Energy West, Incorporated and defendant United States Power Fund, L.P. that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Dated: April 17, 2012

                                        Respectfully submitted,

                                        DWORKEN & BERNSTEIN CO., LPA

                                        By    *s/ Richard N. Selby, II*
                                              Richard N. Selby, II (0059996)
                                      60 South Park Place
                                      Painesville, OH  44077
                                      Telephone: (440) 352-3391
                                      Facsimile: (440) 352-3469
                                      E-mail: rselby@dworkenlaw.com

                                      *Attorneys for Plaintiff*
                                      *Energy West, Incorporated*

                VORYS, SATER, SEYMOUR & PEASE LLP

By    *s/ John Winship Read*
        John Winship Read (0030827)
        Heather M. Lutz (0082237)
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH  44114
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
E-mail: jwread@vorys.com
       hmlutz@vorys.com

OF COUNSEL:

Thomas J. McCormack
*Admitted Pro Hac Vice*
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
E-mail: tmccormack@chadbourne.com

*Attorneys for Defendant*
*United States Power Fund, L.P.*

SO ORDERED:

_____
Judge Christopher A. Boyko

2

CPAM: 4639214.1

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on April 18th, 2012.  Notice of this filing will be served to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        *s/ Richard N. Selby, II*
        Richard N. Selby, II (0059996)

CPAM: 4639214.1