UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INCORPORATED,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES POWER FUND, L.P.,<br><br>           Defendant. | Civ. No. 1:09-cv-00591<br>Judge Christopher A. Boyko<br><br><br><br>**STIPULATION<br>OF DISMISSAL<br><u>WITH PREJUDICE</u>** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Energy West, Incorporated and defendant United States Power Fund, L.P. that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Dated: April 17, 2012

                                          Respectfully submitted,

                                          DWORKEN & BERNSTEIN CO., LPA

                                          By    *s/ Richard N. Selby, II*
                                                  Richard N. Selby, II (0059996)
                                        60 South Park Place
                                        Painesville, OH  44077
                                        Telephone: (440) 352-3391
                                        Facsimile: (440) 352-3469
                                        E-mail: rselby@dworkenlaw.com

                                        *Attorneys for Plaintiff*
                                        *Energy West, Incorporated*