UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ENERGY WEST, INCORPORATED,<br><br>         Plaintiff,<br><br>  v.<br><br>UNITED STATES POWER FUND, L.P.,<br><br>         Defendant. | Civ. No. 1:09-cv-00591<br>Judge Christopher A. Boyko<br><br><br><br>**STIPULATION<br>OF DISMISSAL<br><u>WITH PREJUDICE</u>** |

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Energy West, Incorporated and defendant United States Power Fund, L.P. that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Dated: April 17, 2012

```
IT IS SO ORDERED.
S/CHRISTOPHER A. BOYKO
  U.S.DISTRICT COURT JUDGE
APRIL 18, 2012
```

                Respectfully submitted,

                DWORKEN & BERNSTEIN CO., LPA

                By   *s/ Richard N. Selby, II*
                  Richard N. Selby, II (0059996)
               60 South Park Place
               Painesville, OH  44077
               Telephone: (440) 352-3391
               Facsimile: (440) 352-3469
               E-mail: rselby@dworkenlaw.com

               *Attorneys for Plaintiff*
               *Energy West, Incorporated*